## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| ANGIE L. CLAY | * | |
|     Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | |
| DAYS INN WEST/PYRAMID & TIM ALBRIGHT | * | NO: 3:05CV00265 SWW |
| | * | |
|     Defendants | * | |
| | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 7TH DAY OF MAY, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE